IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROSALINA RIVERA DEL VALLE

CASE NO. 02-01262-ESL

CHAPTER 13

DEBTOR(S)

## NOTICE OF WITHDRAWAL
Trustee's Final Report and Account
DOCKET (17)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Trustee's Final Report and Account (docket#17) on 01/04/2021.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 12/14/2021.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CMC-GB

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

DATED: 12/14/2021

S/ Olga Lopez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE NO